**Below is an order of the Court.**

*U.S. Bankruptcy Judge*

ODCGT (11/24/03) jth

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
 **David Richard McAuliffe**
Debtor(s)

Case No. **23–61412–tmr13**

ORDER DENYING
CONFIRMATION AND
GRANTING ADDITIONAL
TIME TO FILE DOCUMENTS

**IT IS ORDERED** that confirmation of the debtor's plan dated **8/10/23** is denied for the following reason(s):

**Debtor(s) wants to file an amended plan.**

**IT IS FURTHER ORDERED** the debtor(s) take the following action:

**File an amended plan (using Local Form 1355.05) by 10/31/23. [NOTE: If an adjourned hearing was not set by the court, you must obtain a hearing date and time pursuant to pt. 2 of Local Form 1355.05.]**

**IT IS FURTHER ORDERED** that if the debtor(s) fails to comply with the above requirements, or fails to file a motion to convert this case to a case under Chapter 7 by the time specified in the above paragraph, this case may be dismissed without further notice or hearing.

###