OSD (12/1/11) bdw

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
November 1, 2023
Clerk, U.S. Bankruptcy Court
BY **bdw** DEPUTY

In re )
**David Richard McAuliffe** ) Case No. **23–61412–tmr13**
Debtor(s) )
)
) ORDER STRIKING
) DOCUMENT(S)/ACTION
)
)

**IT IS ORDERED** that:

1. The

   First Amended Chapter 13 PLAN Dated: 10/28/2023. Filed by Debtor David Richard McAuliffe (THORSON, DEVON)

   Notice of Pre–Confirmation Amendment of Plan and Confirmation Hearing, and Amended Plan Dated 10/28/2023. Filed By Debtor David Richard McAuliffe Confirmation Hearing to be Held on 11/29/2023 at 11:00 AM in/by Video Hearing. Visit www.orb.uscourts.gov/video–hearings for connection information. (THORSON, DEVON)

   filed by **DEVON THORSON on behalf of David Richard McAuliffe** on **10/28/2023 and 10/30/2023** is/are STRICKEN and will have no legal effect, for the reason(s) stated below:

   **1. Case docket 24. The document was e–filed via an incorrect CMECF filing event and must be refiled. To locate an event, use the Search function in ECF. For assistance with procedures, please click the Info button at the top of most ECF screens; or go to http://www.orb.uscourts.gov and under the Electronic Filing heading, click on ECF Procedures.**

   **2. Case docket 24. Page 1 of LBF 1355.05 Notice Point 2 is incomplete. LBF 1355.05 appears to be an altered form as point 2 testimony and hearing access/location boxes are missing.**

   **3. Case docket 24. Page 2 of LBF 1355.05 point 4 Certificate of Service is blank.**

   **4. Case docket 25, replacement document. Page 1 of LBF 1355.05 Notice Point 2 is incomplete. LBF 1355.05 appears to be an altered form as point 2 testimony and hearing access/location boxes are missing.**

   **5. Case docket 25. Page 2 of LBF 1355.05 point 4 Certificate of Service is blank**

   **6. For this corrected replacement filing and all future filings, access court forms from the court website at www.orb.uscourts.gov. Do not save court forms to desktop for future filing purposes.**

   The document(s) must be filed properly in order to have any legal effect or for the court to take any action.

2. Any fees accompanying the document(s) will not be refunded but will be applied to the document if refiled.

3. **Refiling – effective date of corrected filing:**

   To refile the document(s), you must (a) file a new document that corrects the defect that was the reason for striking; AND (b) include the full filing fee, if required (unless the fee was already paid); AND (c) serve any copies as required by court rules. The new document will be entered on the docket as filed on the new date of tender, and will not be considered an amendment to any previously filed document, unless you comply with either ¶4 or 5 below.

4. **Refiling – effective date of original filing:**

   If you need the corrected document to be deemed filed as of the date of the original filing, you must file with the court within the later of 7 days from the "Filed" date of this order or any other period specified in ¶1 above BOTH:

(a) a new document that corrects the defect that was the reason for striking AND

(b) a certification that copies of both (i) this order and (ii) the corrected document(s) were served on all parties that were served with a copy of the original document(s) listed in ¶1 above.

Any time deadlines such as time to file responsive documents or to set hearings will be tolled and not begin to run until the filing date of the corrected document.

5. **Inability to file corrected document:**

If you cannot timely file a corrected document as provided in ¶4 above, you may request reconsideration of this order striking the document or action. To request reconsideration, you must file with the court within 7 days of the "Filed" date of this order, or any other period specified in ¶1 above, a written request that the court reconsider the Order Striking Document(s)/Action. The reconsideration request must (a) clearly set forth all grounds for failing to timely file a corrected document as described in ¶4 above AND (b) include a certification that a copy of the request was served on all parties that were served with a copy of the original document(s) listed in ¶1 above.

Clerk, U.S. Bankruptcy Court